**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:07-cr-90-J-33HTS

DONALD E. TOUCHET
RICHARD E. STANDRIDGE
ROBERT J. JENNINGS, and
JOSHUA A. POOLE
  a/k/a Josh Poole
_____

**O R D E R**

The trial of this case having been continued and the status hearing scheduled for August 16, 2007, *see* Order (Doc. #86), it is hereby **ORDERED**:

1. Defendants having adopted the New Standing Order Pertaining to Motions (Docs. ## 55, 60, 71, 81), *see* Notice of Acceptance of General Discovery (Docs. ## 54, 59, 70, 78) and the government having announced the availability of voluminous discovery, the Court does not anticipate the extensive filing of discovery motions. Nevertheless, any such motions that need be submitted shall be filed on or before **June 21, 2007**.

2. The deadline for filing motions prompted by a review of the discovery materials, *e.g.*, motions to dismiss, sever, or suppress, is hereby reset to **July 31, 2007.**

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of June, 2007.

                                               /s/       Howard T. Snyder
                                               HOWARD T. SNYDER
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record